UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RATLIFF,

        Plaintiff,

    v.

HOMESALE, INC.,

        Defendant.

Case No. 16-cv-02314-WHO

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 4, 5

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this bankruptcy appeal is dismissed **with** prejudice. The Clerk shall close the case.

Dated: June 7, 2016

WILLIAM H. ORRICK
United States District Judge